## Phelps *ads.* Ferris.

MOTION to fet afide judgment entered on bail bond, becaufe the plaintiff had omitted to enter an exception to the bail, and it was now

contended that he had by fuch negligence precluded himfelf from fuing on the bail bond.

Motion granted.